
```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
ANJELU SAJETTA,                                                         :
                                                                        :
                              Plaintiff,                                :     25-CV-02574 (JAV)
                                                                        :
              -v-                                                       :     ORDER
                                                                        :
CITY OF NEW YORK, et al.,                                               :
                                                                        :
                              Defendants.                               :
------------------------------------------------------------------------X
```

JEANNETTE A. VARGAS, United States District Judge:

When Plaintiff filed this pro se complaint, he was incarcerated at the West Facility Annex. On April 30, 2025, the Court granted Plaintiff leave to proceed in forma pauperis (IFP), and on May 1, 2025, the Court mailed a copy of that order to Plaintiff at the West Facility Annex. On August 29, 2025, the City of New York ("Defendant") filed a motion requesting an extension of the deadline to respond to the Complaint. ECF No. 19. In their letter, the Defendant noted that Plaintiff is currently housed, according to the DOC Person in Custody Lookup Service (https://a073-ils-web.nyc.gov/inmatelookup/pages/home/home.jsf), at the Otis Bantum Correctional Center. *Id.* Plaintiff has not updated his address or otherwise communicated with the Court, and it is not clear that he intends to proceed with this action.

Under Rule 41(b) of the Federal Rules of Civil Procedure, a district court may dismiss an action sua sponte for failure to prosecute after notifying the plaintiff. *LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001); *see Fields v. Beem*, No. 13-CV-0005 (GTS/DEP), 2013 WL 3872834, at *2 (N.D.N.Y. July 24, 2013) ("A plaintiff is required to notify the Court when his address changes, and failure to do so is sufficient to justify dismissal of a plaintiff's complaint.") (collecting cases). Accordingly, the Court directs Plaintiff to update his

address of record within 30 days of the date of this order. Should Plaintiff fail to comply with this order, the Court may dismiss the action without prejudice for failure to prosecute.

SO ORDERED.

Dated: September 5, 2025
       New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2