UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                :
ANJELU SAJETTA,                                 :
                                                :
                           Plaintiff,           :        25-CV-02574 (JAV)
                                                :
              -v-                               :        ORDER OF SERVICE
                                                :
CITY OF NEW YORK, et al.,                       :
                                                :
                           Defendants.          :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

    Anjelu Sajetta, who is currently held in the West Facility, a jail operated by the New York City Department of Correction ("DOC") on Rikers Island, appears *pro se*, asserting claims of federal constitutional violations under 42 U.S.C. § 1983, as well as claims under state law. In accordance with the Court's order dated September 23, 2025, Plaintiff filed his Amended Complaint on October 21, 2025, naming Berteen Chambers, Badge # 14038, as an additional defendant in this matter. ECF No. 30.

    The Amended Complaint also describes a "C.O. Jordan" who allegedly was working in the West Facility mailroom on February 1, 2024, and February 17, 2024. ECF No 30 at 4. In response to a prior *Valentin* order, the City indicated that C.O. Chambers was the only individual DOC could identify as working consistently in the West Facility mailroom, and that it would be burdensome to identify all such individuals who covered shifts in the mailroom over a sixteen month period of time. ECF No. 17. In his Amended Complaint, however, Plaintiff has provided sufficient information to identify the additional John Doe defendant identified in part as "C.O. Jordan." Plaintiff has also provided dates with respect to additional issues with other John Doe defendants who worked in the mailroom.

2

Accordingly, the Court orders Corporation Counsel of the City of New York, who is the attorney for and agent of the DOC, to ascertain the full identity and, if appropriate, badge number of "C.O. Jordan" and any other unidentified "John Doe" defendants for whom dates of work are provided, and provide that information to Plaintiff and the Court within 30 days of the date of this order.

The Court directs the Clerk of Court to modify the caption, which currently reads "In Re: Anjelu Sajetta," to reflect the current parties in this case. The Court further directs the Clerk of Court to electronically notify the New York City Department of Correction and the New York City Law Department of this Order. The Court requests that Berteen Chambers waive service of a summons pursuant to the e-service agreement for cases involving DOC defendants.

.

SO ORDERED.

Dated: October 23, 2025  
      New York, New York

_____  
JEANNETTE A. VARGAS  
United States District Judge