UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                :

ANJELU SAJETTA,                                      :

                               :

                    Plaintiff,           :        25-CV-02574 (JAV)

                               :

           -v-                         :        <u>ORDER OF SERVICE</u>

                               :

CITY OF NEW YORK, et al.,                   :

                               :

                    Defendants.      :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

Anjelu Sajetta, who is currently held in the West Facility, a jail operated by the New York City Department of Correction ("DOC") on Rikers Island, appears *pro se*, asserting claims of federal constitutional violations under 42 U.S.C. § 1983, as well as claims under state law. In accordance with the Court's order dated September 23, 2025, Plaintiff filed his Amended Complaint on October 21, 2025, naming Berteen Chambers, Badge # 14038, as an additional defendant in this matter. ECF No. 30. In his Amended Complaint, Plaintiff provided information sufficient to identify the additional John Doe defendant identified in part as "C.O. Jordan." Accordingly, the Court issued a Valentin order on October 23, 2025, requiring Corporation Counsel to provide Plaintiff with the names of the additional "John Doe" defendants.

By letters dated November 21, 2025, and January 8, 2026, Corporation Counsel provided the requested information for three individuals — C.O. Juliette Jordan, C.O. Tiffany Brathwaite, Badge # 9205, and C.O. Lorenzo Overton-Jefferson, Badge #5313 — and indicated that other references in the Amended Complaint to "Doe" defendants could pertain only to individuals already identified (those named, in addition to C.O. Bertteen Chambers). *See* Dkt. Nos. 33, 37.

By Order dated January 9, 2026, the Court directed Plaintiff to file "a Second Amended Complaint naming the John Doe Defendants by February 13, 2026." Dkt. No. 39.

On January 30, 2026, Plaintiff filed his Second Amended Complaint on January 30, 2026, which named Defendants the City of New York; officers Chambers, Jordan, Brathwaite, and Overton-Jefferson; and four additional Doe defendants. ECF No. 40 ("SAC"). Plaintiff describes the four Doe defendants – Defendants 3, 4, 7, and 8 – as follows. Defendant 3's first or last name is Longbird and is responsible for picking up and delivering prisoner mail at Rikers's West Facility. SAC at 3. Defendant 4 is a Jane Doe, also identified as responsible for picking up and delivering prisoner mail at Rikers's West Facility. *Id.* Defendant 7 is identified as an officer of N.I.C. Mailroom on Rikers Island. *Id.* at 4. Defendant 8 is identified as "working [Rikers's] Perry Building Mailroom" with an address of "mail trailer for incoming and outgoing mail for entire Rikers island detainees." *Id.*

Paragraphs 6-25 of the SAC provide additional context for the added Doe defendants. SAC at 4-A, 4-B, 4-C. Plaintiff specifies in paragraph 12 of his complaint that "there are three Jane Doe [correctional officers] whom Plaintiff knows by face not by name. *Id.*, ¶ 12. The Court construes the SAC to place the West Facility Jane Doe(s), Defendant 4, in the mailroom on April 25, 2024, and August 3, 2024. *Id.*, ¶¶ 9, 11. Plaintiff identifies Defendant 3, Longbird Doe, as working in the West Facility mailroom on August 1, 2024, and October 2, 2024. *Id.*, ¶¶ 10, 14. The SAC does not appear to identify facts particular to Doe Defendants 7 or 8.

Accordingly, the Court orders Corporation Counsel of the City of New York, who is the attorney for and agent of the DOC, to ascertain the full identity and, if appropriate, badge number of "C.O. Longbird" and any other unidentified "Jane Doe" defendants for whom dates of work are provided, and provide that information to Plaintiff and the Court within 30 days of the

date of this order.

The Court further requests that Officers Juliette Jordan, Tiffany Brathwaite, and Lorenzo Overton-Jefferson waive service of a summons pursuant to the e-service agreement for cases involving DOC defendants.

The Court further ORDERS that the deadline for all Defendants to respond to the SAC is stayed until such time as the Court sets a schedule for further proceedings in this matter. The Clerk of Court is directed to terminate ECF No. 41.

SO ORDERED.

Dated: May 11, 2026
      New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

3