UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ANJELU SAJETTA, Plaintiff, -v- CITY OF NEW YORK, et al., Defendants. | : | 25-CV-02574 (JAV) ORDER |

JEANNETTE A. VARGAS, United States District Judge:

Anjelu Sajetta, who is currently held in the West Facility, a jail operated by the New York City Department of Correction ("DOC") on Rikers Island, appears *pro se*, asserting claims of federal constitutional violations under 42 U.S.C. § 1983, as well as claims under state law. Many of Plaintiffs' claims allege access-to-justice issues interfering with his ability to send and receive mail on Rikers Island. *See* ECF No. 40 at 5-10.

In a letter dated July 10, 2026, received by the Court on July 16, 2026, Plaintiff indicated that he was unable to comply with the Court's June 23, 2026 order directing him to file a Third Amended Complaint by July 27, 2026, because he had not yet received Defendants' responses to the Court's prior Valentin order. ECF No. 52 at 1-2.

Given Plaintiff's alleged inability to access court filings despite Defendants' attempts at service, *see* ECF No. 50, the Court hereby **GRANTS** Plaintiff until **August 27, 2026**, to comply with the Court's June 23, 2026 order and attaches to this order Defendants' response, ECF No. 49, to the Court's most recent Valentin order.

The Court is also contemplating seeking pro bono counsel to represent Plaintiff in this case. Plaintiff should understand that the Court has no authority to order the appointment of

counsel in a civil case, but the Court would seek volunteers to represent Plaintiff. **Plaintiff should inform the Court, as soon as is practicable, whether he consents to the Court seeking pro bono counsel on his behalf.**

SO ORDERED.

Dated: July 28, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**DARIAN ALEXANDER**
Phone: (212) 356-2174
daalexan@law.nyc.gov

June 17, 2026

**BY ECF**
Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Sajetta v. City, et al.*, 25-cv-02574 (JAV)

Dear Judge Vargas:

I am the Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York assigned to represent Defendant City of New York in the above-referenced action. Pursuant to Your Honor's Order of Service dated May 11, 2026 (the "Order of Service"), I write to identify defendants newly named in Plaintiff's Second Amended Complaint (the "SAC").

The SAC names as defendants four individuals previously identified by this Office, along with four additional defendants: C.O. Longbird (Defendant 3), C.O. Jane Doe (Defendant 4), John/Jane Doe (Defendant 7), and John/Jane Doe (Defendant 8). *See* Dkt. No. 40 at ECF pp. 3-4. The Order of Service notes that the SAC identifies Defendant 3 as working in the West Facility mailroom on August 1, 2024, and October 2, 2024; that the SAC is construed to place Defendant 4 in the West Facility mailroom on April 25, 2024, and August 3, 2024; and that the SAC does not appear to identify facts particular to Defendants 7 or 8. *See* Dkt. No. 44 at 2. Accordingly, the Court ordered this Office to provide, within 30 days, the identities and badge numbers for "C.O. Longbird" and any other "Jane Doe" defendants for whom the SAC provides dates of work. *Id.* By Order dated June 12, 2026, Your Honor granted Defendant's request for a 1-week extension of that deadline, to June 17, 2026. *See* Dkt. Nos. 46, 48.

This Office has discussed the SAC and Order of Service with New York City Department of Correction ("DOC") personnel, and both offices have reviewed relevant DOC records, which reflect the personnel assignment details for the West Facility mailroom post for the date range in question. Pursuant to those efforts, this Office identifies Defendant 3 as either C.O. Duane Austin

(Shield #1065) or C.O. Keron Ransome (Shield #12291).[1] This Office identifies Defendant 4 as C.O. Lisa Felder (Shield #18601).[2]

Thank you for Your Honor's consideration of the foregoing.

Respectfully,

/s/________________________
Darian Alexander

CC: BY FIRST CLASS MAIL
Anjelu Sajetta
NYSID: 15898354M
B&C: 3102300485
RESH (Rose M. Singer Enhanced Supervised Housing)
Annex 3 West B
19-19 Hazen Street Bronx, NY 11370

[1] DOC has no record of a "C.O. Longbird," the name used for Defendant 3 in the SAC. C.O. Austin was identified in connection with August 1, 2024, and C.O. Ransome was identified in connection with October 2, 2024.

[2] The SAC references August 3, 2024 as one of two dates associated with Defendant 4. The assignment detail report for August 2024 does not contain an entry for that date, and DOC therefore cannot ascertain who, if anyone, may have assisted with mail delivery at West Facility on that date. It is possible that the post was empty due to unplanned circumstances. However, C.O. Felder was identified in connection with April 25, 2024.